UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| AVALERE HEALTH, LLC,<br><br>　　　　　Plaintiff,<br>v.<br>AVALERE.ORG and AVALERE.NET<br><br>　　　　　Defendants. | Civil Action No. __1:12cv997__ |

# COMPLAINT EXHIBIT 9

You are logged in as dms11 | **Upgrade Your Account** | Log out | Help



Enter search term... | Whois Search | Search

Overview | Whois Lookup | Reverse Whois | Whois History | Hosting History | Screenshot History | Name Server Report | Reverse IP | DNS Tools

# Reverse IP Lookup

Tweet

Ever wonder which other websites use the same hosting resources you do? Could they be impacting your site's performance? Use our patented Reverse IP Address Search tool to get a list of the domains currently hosted at any given IP address.*

Reverse IP Lookup returns up to 2,000 domains hosted on a single IP, including all the common gTLD and any ccTLD domains. For more popular IPs with more than 2,000 domains, order a Reverse IP report and we'll deliver it to you in minutes. Reverse IP reports are a useful tool to sort, parse and review large lists of domains.

Reverse IP Lookup is an incredibly powerful tool with many high-value business applications.

- Retrieve a list of all domains using the same IP address as you, and sharing the same resources
- Track down malicious behavior of phishing or scamming websites that reside on the same host.
- Perform research on hosting or parking companies before you decide to make a switch.

### Related Tools

**Name Server Report**
Discover all the domain names currently hosted on any given name server.

**Name Server Alert**
Monitor the daily activity of any name server and receive notification of all new and/or deleted domains.

**Hosting History**
View historical IP addresses, name servers, and registrars for any given domain name.

**IP Explorer**
Explore the range of all IP addresses and discover how any particular IP block is being utilized.

IP Address or Domain Name: avalere.org    Search   Search tips
64.233.161.104 or 64.233.161.% or domain.com

Reverse IP Lookup Results—10,670 domains hosted on IP address 168.144.1.36

Web Site

Your search has yielded 10,670
Your membership includes access to Reverse IP Lookup for any search yielding 2,000 or fewer results. The first 2,000 results (alphabetically) are included below. You may purchase the entire report.

Complete Report Price = $106.70

Order Report

000cigarettes.com

1-hrbusinesscard.com

1-hrbusinesscards.com

100000backpacks.com

100000backpacks.net

100000backpacks.org

100000bookbags.com

100000bookbags.net

100000bookbags.org

10000backpacks.biz

Show 10    << < 1 | 2 | 3 ... 198 | 199 | 200 > >>

Memberships | Developer API | About Us | Blog | Desktop Tools | Terms of Service | Privacy | Support | Careers | Contact Us | Site Map

© 2012 DomainTools, LLC All rights reserved.

* Reverse IP Lookup will return a list of a) all gTLD domains, and b) all ccTLD domains added to the subject IP address after our earliest record update for that IP address. Results will include any domain added within the previous 24 hours, but may not reflect any domains removed from that IP address within the last two weeks. Reverse IP Lookup results include the first 2,000 domains ordered alphabetically. For IP addresses hosting more than 2,000 domains, purchase of a Reverse IP Report is required to view all results.