IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| AVALERE HEALTH, LLC,<br><br>Plaintiff,<br><br>-v-<br><br>AVALERE.ORG, ET AL.,<br><br>Defendants. | Civil Action No. 1:12-cv-997 |

## ORDER

Before the Court is the report and recommendation (Dkt. No. 16) of the Magistrate Judge, recommending that default judgment be entered in favor of the Plaintiff against Defendants avalere.org and avalere.net for violations of 15 U.S.C. §§ 1114, 1125(a), and 1125(d). The Magistrate Judge further recommends that VeriSign, Inc. and the Public Interest Registry be directed to transfer to the Plaintiff all proprietary and ownership rights in the Defendant domain names. No parties have objected to the Magistrate Judge's recommendation.

The Court has conducted a *de novo* review of the evidence and briefing in this case, and now adopts the report and recommendation of the Magistrate Judge. Accordingly, it is now **ORDERED**:

1. The clerk shall enter judgment in this case in favor of the Plaintiff against Defendants avalere.org and avalere.net for violations of 15 U.S.C. §§ 1114, 1125(a), and 1125(d).

2. VeriSign, Inc. and the Public Interest Registry shall immediately and permanently transfer to the Plaintiff all proprietary and ownership rights to the names avalere.org and

avalere.net, at the registrar of Plaintiff's choosing, pursuant to 15 U.S.C. § 1125(d)(1)(C).

April 26, 2013
Alexandria, Virginia

/s/
Liam O'Grady
United States District Judge